Submitted on record and brief June 15, reversed and remanded for reconsideration
July 14, 1993

In the Matter of the Compensation of
Donna C. Perry, Claimant.
UNITED PARCEL SERVICE
and Liberty Northwest Insurance Corporation,
*Petitioners*,

*v.*

Donna C. PERRY,
*Respondent.*

(WCB No. 90-22047; CA A73601)

855 P2d 666

Lillian Quinn and Davis, Bostwick and Sheridan, Portland, filed the brief for petitioners.

Nelson R. Hall and Pozzi, Wilson, Atchison, O'Leary & Conboy, Portland, waived appearance for respondent.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron*, 114 Or App 64, 836 P2d 131, *rev den* 315 Or 271 (1992).